UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>GREGORY SEATON a/k/a GREGORY D. SEATON<br><br>　　　　　　　　　　Defendant | CIVIL NO. 17-00748 |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on February 16, 2017. The summons issued on February 17, 2017was not received by our office.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　By: _____
　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　Pennsylvania Attorney I.D. No. 315936
　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　701 Market Street
　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　(215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>GREGORY SEATON a/k/a GREGORY D. SEATON<br><br>Defendant | CIVIL NO. 17-00748 |

I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

GREGORY SEATON a/k/a GREGORY D. SEATON
3806 N. 8th Street
Philadelphia, PA 19140

by mailing a true and correct copy thereof, postage prepaid, on this 16 day of March, 2017.

Respectfully submitted,
KML Law Group, P.C.

By: _Brittni Augustin_
Brittni Augustin, Legal Assistant
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
215-825-6470