**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>CREGORY SEATON A/K/A GREGORY D. SEATON, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-00748<br><br>Sheriff's Sale Date: _____ |

**AFFIDAVIT OF SERVICE**

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served GREGORY SEATON A/K/A GREGORY D. SEATON the above process on the 8 day of May, 2017, at 2:50 o'clock, PM, at 3806 N 8TH STREET PHILADELPHIA, PA 19140, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[X] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: KENDRA JOHNSON
Relationship/Title/Position: STEP-DAUGHTER
Remarks: _____
Description: Approximate Age 21-25  Height 5'2  Weight 110  Race BLACK  Sex FEMALE  Hair BLACK
Military Status: [X] No  [ ] Yes  Branch: _____

Commonwealth/State of Pa )
                          ) SS:
County of Berks           )

Before me, the undersigned notary public, this day, personally, appeared Dwayne Henriksson to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-158095
Case ID #: 4872665

Subscribed and sworn to before me
this 11 day of May, 2017.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017