## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

UNITED STATES OF AMERICA,
                                    Plaintiff

        v.                                          No. 17-00748

GREGORY SEATON a/k/a GREGORY D.
SEATON,
                                    Defendant

### DEFAULT JUDGMENT

AND NOW, this ___8th___ day of ____June____, 2017, it appearing by

Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of

Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz,

Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday,

February 16, 2017 and, after due service of process on Defendant, GREGORY SEATON a/k/a

GREGORY D. SEATON, according to law, no appearance, answer or other defense has been

served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf

of its Agency, the Department of Education, and against Defendant, GREGORY SEATON a/k/a

GREGORY D. SEATON, in the amount of $7,067.63. Judgment is to accrue interest at the

current legal rate, compounded annually until paid in full.

Date:   June 8, 2017

                                    KATE BARKMAN
                                    Clerk, United States District Court
                                    EasternDistrict of Pennsylvania

                        By:     _s/ Terry Milano_____
                                    Deputy Clerk